IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN SUNNY, | No. 2:23-CV-0267-DMC-P |
| Petitioner, | |
| v. | ORDER |
| PEOPLE OF THE STATE OF CALIFORNIA, | |
| Respondent. | |

Petitioner, a state prisoner proceeding pro se, brings this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. The petition challenges a conviction issued by the Madera County Superior Court. Madera County is part of the Fresno division of this Court. See Local Rule 120(b). Because the Sacramento division is not the proper division, this action will be transferred to the Fresno division.

Accordingly, IT IS HEREBY ORDERED that this action is transferred to the United States District Court for the Eastern District of California sitting in Fresno.

Dated: February 16, 2023

DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

1